UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JOYCE M. WILLIAMS,

    Plaintiff,

v.                                          Case No. 18-CV-354

FARMERS NEW WORLD LIFE
INSURANCE COMPANY,

    Defendant.

---

## SECOND AMENDED TRIAL SCHEDULING ORDER

On July 30, 2021, the court conducted a telephonic status. Appearing on behalf of the plaintiff were Gregory J. Cook and William C. Gleisner, III. Appearing on behalf of defendant was Attorney Asim K. Desai.

**IT IS HEREBY ORDERED** that defendant's expedited motion to continue the September 13, 2021 trial date is **granted**.

**IT IS FURTHER ORDERED,**

1. The court will conduct a final pretrial conference on **March 15, 2022** at **11:00 A.M.** via Zoom. The link will be sent to the parties one week before the hearing.

a. Each party shall file a pretrial report in accordance with Civil L.R. 16(c) no later than **March 1, 2022**.

b. Any Motions in Limine shall be filed at the time the pretrial report is filed.

c. A list of exhibits should be prepared using the court's standard exhibit and witness list form that is available from the court's website, http://www.wied.uscourts.gov, and attached to the pretrial report. Exhibits should be numbered sequentially in accordance with General L.R. 26. If requested by any party, copies of exhibits are to be exchanged.

2. A jury trial will commence on **April 11, 2022,** beginning at **8:30 a.m.**. It is estimated that the trial will take five days. Counsel must be present at 8:30 a.m. Voir Dire with the jury will commence at 9:00 a.m. on April 11, 2022. Each day thereafter trial will commence at 8:30 a.m. with the jury present.

Dated at Milwaukee, Wisconsin this 2nd day of August, 2021.

*William E. Duffin*
WILLIAM E. DUFFIN
U.S. Magistrate Judge